**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00355-CV

## IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-18020**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus and **DENY** relator's motions to stay the trial court proceedings.

> /s/  LESLIE OSBORNE
>    JUSTICE